# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE                                                                                    CASE NO.  8:24-bk-05506-RCT
                                                                                          CHAPTER 13
Michael Cruz Irizarry
       Debtor
_____/

## PRIMARY RESIDENTIAL MORTGAGE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN

**COMES NOW**, Primary Residential Mortgage, Inc., its Successors and/or Assigns (hereinafter "Secured Creditor"), by and through its undersigned counsel, as and for its Objection to Confirmation of Debtor's Chapter 13 Plan (Docket No. 4) and in support states as follows:

1. Secured Creditor holds a first lien on real property owned by the Debtor and located at 287 Lake Vista Drive, Auburndale, FL 33823.

2. The Chapter 13 Plan (Docket No. 4) proposed by the Debtor on September 16, 2024 does include payment toward the mortgage account with Secured Creditor. However, the amount proposed is incorrect.

3. The pre-petition arrearage due to Secured Creditor is $51,287.87. However, the Debtor's Plan proposes to pay $35,830.51. Therefore, Secured Creditor contends that the Debtor's Chapter 13 Plan is not in compliance with the requirements of 11 U.S.C. § 1322(b)(3) and § 1325(a)(5) and cannot be confirmed. Accordingly, Secured Creditor objects to any Plan that proposes to pay Secured Creditor any amount less than $51,287.87 as the pre-petition arrearage over the life of the Plan.

4. In addition, the regular monthly payment amount due under the subject Note and Mortgage is $2,272.25. However, the Debtor's Plan proposes to pay $2,194.00. Accordingly, Secured Creditor objects to any Plan that does not provide for the accurate regular monthly

payment. Additionally, the monthly payment amount is subject to periodic adjustments for escrow and/or variable interest rates, and thus, must be amended throughout the duration of the Plan in accordance with the loan documents.

**WHEREFORE**, Secured Creditor respectfully requests that the Court enter an Order denying confirmation of the Debtor's proposed Chapter 13 Plan unless such Plan is amended to overcome the objections of Secured Creditor as stated herein, or, in the alternative, for dismissal of the case pursuant to 11 U.S.C. §1307(c)(5), and that Debtor(s) be required to pay Secured Creditor's fees and costs incurred in filing this Objection to Confirmation, and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/Jason A Weber, Esq.
Jason A Weber, Esq,
Fla. Bar No.0051681

JASON A WEBER, ESQ
TIFFANY & BOSCO, P.A.
1000 Corporate Drive, Suite 150
Ft. Lauderdale, Florida 33334
(T) 954.828.1118 (F) 954.828.1101

**CERTIFICATE OF SERVICE**

I hereby certify in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004 that a copy of the above and foregoing was mailed, first class postage prepaid to the following:

Michael Cruz Irizarry
287 Lake Vista Dr
Auburndale, FL 33823

Kelly Remick
P.O. Box 89948
Tampa, FL 33689

U.S. Trustee United States Trustee - TPA7/13,
7 Timberlake Annex,
Suite 1200501 E Polk Street
Tampa, FL 33602

On this the 19th day of November, 2024.

/s/Jason A. Weber_____
Jason A. Weber, Esq.